```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DORIS ORTIZ-RIVERA,

              Plaintiff,        24-cv-9919 (JGK)

    - against -                  ORDER

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, ET AL.,

             Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 8, 2025.

SO ORDERED.

Dated:    New York, New York
           March 25, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                      United States District Judge