# YOUNG & MA LLP

445 Park Avenue  
9th Floor  
New York, NY 10022  

P: 646-379-7703  
F: 866-839-4306  
E: tma@youngandma.com  

April 7, 2025

<u>VIA ECF</u>  
Honorable John G. Koeltl  
United States District Court  
  for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

      Re:    Ortiz-Rivera v. The Trustees of Columbia University In The City of New York et al  
            <u>24-cv-09919-JGK</u>

Dear Judge Koeltl,

    We are counsel to Plaintiff in this action. Pursuant to Your Honor's Individual Practices, Section I(C), we respectfully request a first adjournment of the Initial Conference, currently April 16, 2025.

    Defendants' counsel joins this request for adjournment. This extension would not impact any other scheduled deadlines.

    Thank you very much for your consideration of this matter.

                                           Very truly yours,

                                           Tiffany Ma

cc:    Defendants' Counsel (via ECF)

---

*Handwritten order:*

April 16, 2025 Conference Canceled. Parties are to report to the Court on the status of the action within seven (7) days of the completion of mediation. So ordered.

/s/ J.G. Koeltl, U.S.D.J.  
4/8/25

www.youngandma.com