UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DORIS ORTIZ-RIVERA,

                Plaintiff,

      - against -

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, ET AL.,

             Defendants.

24-cv-9919 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status update to the Court by **Monday, June 16, 2025**.

SO ORDERED.

Dated:    New York, New York
          June 9, 2025

                                John G. Koeltl
                        United States District Judge